# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3937
LT Case No. 2008-CF-012486-A

———————————————

IMMANUEL WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Immanuel Williams, Bonifay, pro se.

No Appearance for Appellee.

June 23, 2026

PER CURIAM.

AFFIRMED.

WALLIS, LAMBERT, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____